**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PACIFIC WESTERN BANK,      )      Case No.: CV 14-8820 DSF (Ex)
         Plaintiff,       )
                    )
      v.             )      JUDGMENT
                    )
ST. PAUL MERCURY INSURANCE )
CO.,                    )
         Defendant.      )
_____

     The Court having granted the defendant's motion to dismiss with prejudice, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____    1/7/15

_____
Dale S. Fischer
United States District Judge